Christopher A. Sproul (Bar No. 126398)
Jodene Isaacs (Bar No. 226895)
ENVIRONMENTAL ADVOCATES
5135 Anza Street
San Francisco, California 94121
Tel: (415) 533-3376, (510) 847-3467
Fax: (415) 358-5695
csproul@enviroadvocates.com
jisaacs@enviroadvocates.com

Brian Gaffney (Bar No. 168778)
LAW OFFICES OF BRIAN GAFFNEY APC
446 Old County Road, Suite 100-310
Pacifica, CA 94044
Tel: (650) 219-3187
Fax: (650) 733-7793
brian@gaffneylegal.com

Patricia Weisselberg (Bar No. 253015)
LAW OFFICE OF PATRICIA WEISSELBERG
115 Oakdale Avenue
Mill Valley, CA 94941
Tel: (415) 388-2303
pweisselberg@wans.net

Attorneys for Plaintiffs
PACIFICANS FOR A SCENIC COAST,
PACIFICANS FOR HIGHWAY 1
ALTERNATIVES, and CENTER FOR
BIOLOGICAL DIVERSITY

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Pacificans For A Scenic Coast, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>California Department of Transportation, *et al.*,<br><br>Defendants. | Civil Case No. 3:15-cv-02090-VC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REQUESTING CONTINUANCE OF THE CASE MANAGEMENT CONFERENCE**<br>AS MODIFIED BY THE COURT |

1  WHEREAS, Plaintiffs filed a First Amended Complaint on June 26, 2015 (Dkt. No. 21);

2  WHEREAS, the Federal Highway Administration, U.S. Army Corps of Engineers, and National
3  Park Service and the U.S. Fish & Wildlife Service (hereinafter, the "Federal Defendants") were served
4  pursuant to Fed. R. Civ. P. 4(i)(1) on July 10, 2015;

5  WHEREAS, Federal Defendants' responsive pleading is presently due on September 8, 2015,
6  and the Parties have agreed to extend the deadline for the Federal Defendants to serve a responsive
7  pleading up to and including September 11, 2015;

8  WHEREAS, the Federal Defendants intend to dismiss all claims brought against them under five
9  statutory bases against the Federal Highway Administration, U.S. Army Corps of Engineers, and
10 National Park Service;

11 WHEREAS, Plaintiffs and Federal Defendants accordingly agree that in order to present
12 meaningful briefs and oppositions that address the relevant issues more than 15 pages will be required
13 and respectfully request that the Court allow 25 pages for motions and oppositions for the Federal
14 Defendants' Motion to Dismiss and Plaintiffs' opposition thereto;

15 WHEREAS, the Initial Case Management Conference is currently set for August 11, 2015 and
16 the Joint Case Management Statement and Proposed Case Management Order is due August 4, 2015
17 (Dkt. No. 19);

18 WHEREAS, to promote judicial economy and conserve the Parties' resources, the Parties request
19 that the hearing on all Defendants' motions to dismiss and the Initial Case Management Conference be
20 scheduled on the same date;

21 WHEREAS, the Parties have agreed to reserve any issues concerning initial disclosures and
22 discovery until after the Court has ruled on the motion to dismiss and administrative record(s) have been
23 produced;

24 Pursuant to Civil L.R. 6-2, the Parties jointly stipulate and request that the Court order the
25 following:

1. Federal Defendants' time to respond to Plaintiffs' First Amended Complaint for Declaratory and Injunctive Relief (Dkt. No. 21) is extended to September 11, 2015. This extension will not alter the date of any event or any deadline already fixed by Court order.

2. Opposition to the Federal Defendants' motion to dismiss shall be due October 2, 2015. The Federal Defendants' reply shall be due October 16, 2015.

3. Federal Defendants' Motion to dismiss and Plaintiffs' opposition thereto shall be limited to 25 pages.

4. The hearing on the motions to dismiss and the initial Case Management Conference will be held on October 29, 2015, or such other date as the Court may find convenient. The Joint Case Management Statement and Proposed Case Management Order shall be due seven days prior to the scheduled hearing.

Respectfully submitted,

Dated July 28, 2015

| | |
|---|---|
| /s/ Christopher Sproul<br>Christopher A. Sproul (Bar No. 126398)<br>Jodene Isaacs (Bar No. 226895)<br>ENVIRONMENTAL ADVOCATES<br>5135 Anza Street<br>San Francisco, California 94121<br>Tel: (415) 533-3376, (510) 847-3467<br>Fax: (415) 358-5695<br>csproul@enviroadvocates.com<br>jisaacs@enviroadvocates.com<br><br>Brian Gaffney (Bar No. 168778)<br>LAW OFFICES OF BRIAN GAFFNEY APC<br>446 Old County Road, Suite 100-310<br>Pacifica, CA 94044<br>Tel: (650) 219-3187<br>Fax: (650) 733-7793<br>brian@gaffneylegal.com<br><br>Patricia Weisselberg (Bar No. 253015) | */s/* Derek S. van Hoften<br>DEREK S. VAN HOFTEN<br>JEANNE SCHERER<br>DAVID GOSSAGE<br>LUCILLE Y. BACA<br>DEREK VAN HOFTEN<br>STACY LAU<br><br>Attorneys for Defendants<br>CALIFORNIA DEPARTMENT OF<br>TRANSPORTATION and Malcolm Dougherty<br><br>/s/ Kevin D. Siegel<br>_____<br>Kevin D. Siegel<br>BURKE, WILLIAMS & SORENSEN, LLP<br><br>Counsel for Defendant City of Pacifica |

Joint Stipulation     Case No. 3:15-cv-02090-VC

11413460.1

| | |
|---|---|
| LAW OFFICE OF PATRICIA WEISSELBERG<br>115 Oakdale Avenue<br>Mill Valley, CA 94941<br>Tel: (415) 388-2303<br>pweisselberg@wans.net<br><br>Attorneys for Plaintiffs<br>PACIFICANS FOR A SCENIC COAST, PACIFICANS FOR HIGHWAY 1 ALTERNATIVES, and CENTER FOR BIOLOGICAL DIVERSITY | /s/Christopher D. Jensen<br>_____<br>Kimon Manolius (SBN 154971)<br>Christopher D. Jensen (SBN 235108)<br>Adam W. Hoffman (SBN 238476)<br>HANSON BRIDGETT LLP<br>425 Market Street, 26th Floor<br>San Francisco, California 94105<br>Telephone:   (415) 777-3200<br>Facsimile:    (415) 541-9366<br>cjensen@hansonbridgett.com<br><br>JOHN C. CRUDEN<br>Assistant Attorney General<br>Environment & Natural Resources Division<br>SETH M. BARSKY, Chief<br>S. JAY GOVINDAN, Assistant Chief<br><br> /s/ Alison C. Finnegan<br>ALISON C. FINNEGAN, Trial Attorney<br>U.S. Department of Justice<br>Environment & Natural Resources Division<br>Wildlife & Marine Resources Section<br>Ben Franklin Station, P.O. Box 7611<br>Washington, DC 20044-7611<br>Tel: (202) 305-0500; Fax: (202) 305-0275<br>Email:  alison.c.finnegan@usdoj.gov<br><br><br> /s/ Leslie M. Hill<br>LESLIE M. HILL<br>U.S. Department of Justice<br>Environment & Natural Resources Division<br>Environmental Defense Section<br>Ben Franklin Station, P.O. Box 7611<br>Washington, DC 20044-7611<br>Tel: (202) 514-0375; Fax: (202) 514-8865<br>Email: leslie.hill@usdoj.gov<br><br>/s/ Sean C. Duffy<br>SEAN C. DUFFY<br>U.S. Department of Justice<br>Environment & Natural Resources Division<br>Natural Resources Section |

Joint Stipulation                                                                                                         Case No. 3:15-cv-02090-VC

11413460.1

| | |
|---|---|
| | Ben Franklin Station, P.O. Box 7611<br>Washington, DC 20044-7611<br>Tel: (202) 305-0445; Fax: (202) 305-0506<br>Email:  sean.c.duffy@usdoj.gov<br><br>*Attorneys for the Federal Defendants* |

**[PROPOSED] ORDER** AS MODIFIED BY THE COURT

Pursuant to STIPULATION:

1. Federal Defendant's time to respond to Plaintiffs' First Amended Complaint for Declaratory and Injunctive Relief (Dkt. No. 21) is extended to September 11, 2015.

2. Opposition to the Federal Defendants' motion to dismiss shall be due October 2, 2015. The Federal Defendants' reply shall be due October 16, 2015.

3. The hearing on Caltrans' and Federal Defendants' motions to dismiss ~~and the initial Case Management Conference~~ shall be set for October 29, 2015 at 10 a.m. in Courtroom 4, 17th Floor.

4. The Joint Case Management Statement and Proposed Case Management Order shall be due seven days prior to the scheduled hearing., which is now November 10, 2015, at 10:00 a.m.

5. ~~The Federal Defendants' Motion to dismiss and Plaintiffs' opposition thereto shall be limited to 25 pages.~~

**IT IS SO ORDERED**.

Dated: July 30, 2015.



IT IS SO ORDERED AS MODIFIED
Judge Vince Chhabria