Christopher A. Sproul (Bar No. 126398)
Jodene Isaacs (Bar No. 226895)
ENVIRONMENTAL ADVOCATES
5135 Anza Street
San Francisco, California 94121
Tel: (415) 533-3376, (510) 847-3467
Fax: (415) 358-5695
csproul@enviroadvocates.com
jisaacs@enviroadvocates.com

Brian Gaffney (Bar No. 168778)
LAW OFFICES OF BRIAN GAFFNEY APC
446 Old County Road, Suite 100-310
Pacifica, CA 94044
Tel: (650) 219-3187
Fax: (650) 733-7793
brian@gaffneylegal.com

Patricia Weisselberg (Bar No. 253015)
LAW OFFICE OF PATRICIA WEISSELBERG
115 Oakdale Avenue
Mill Valley, CA 94941
Tel: (415) 388-2303
pweisselberg@wans.net

Attorneys for Plaintiffs
PACIFICANS FOR A SCENIC COAST,
PACIFICANS FOR HIGHWAY 1
ALTERNATIVES, and CENTER FOR
BIOLOGICAL DIVERSITY

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Pacificans For A Scenic Coast, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>California Department of Transportation, et al.,<br><br>Defendants. | Civil Case No. 3:15-cv-02090-VC<br><br>STIPULATION AND [PROPOSED]<br>ORDER TO DISMISS DEFENDANTS<br>CITY OF PACIFICA AND SAN MATEO COUNTY TRANSPORTATION AUTHORITY |

WHEREAS, Plaintiffs filed their original Complaint on May 8, 2015, and filed an Amended Complaint on June 26, 2015;

WHEREAS, the original Complaint named City of Pacifica (the "City") as a defendant in the fourth claim for relief regarding alleged Clean Water Act violations, but the Amended Complaint omitted any claim for relief against the City and instead alleged that Plaintiffs "joined, pursuant to FRCP 19(a)(1)," the City "as a potentially required party who is subject to service of process, who may have an interest relating to the subject of the action, and who is so situated that disposing of the action in the person's absence may as a practical matter impair or impede the person's ability to protect the interest" (¶ 24);

WHEREAS, the original Complaint named the San Mateo County Transportation Authority ("TA") as a defendant in the fourth claim for relief regarding alleged Clean Water Act violations, and alleged TA violations of the Coastal Zone Management Act.  But, the Amended Complaint omitted any claim for relief against TA and instead alleged that Plaintiffs "joined, pursuant to FRCP 19(a)(1)," TA "as a potentially required party who is subject to service of process, who may have an interest relating to the subject of the action, and who is so situated that disposing of the action in the person's absence may as a practical matter impair or impede the person's ability to protect the interest" (¶ 23);

WHEREAS, it is the position of the City and TA that the Amended Complaint improperly names them as defendants;

WHEREAS, the Plaintiffs are willing to dismiss the City and TA provided that all Defendants agree that the City and TA are not indispensable parties to the lawsuit, and that Defendants waive any defense on such grounds;

WHEREAS, Defendants waive any defense that the case should be dismissed due to failure to join the City and TA;

WHEREAS, all Defendants and Plaintiffs now agree that the City and TA are not indispensable parties;

The Plaintiffs and all Defendants thus stipulate, subject to the Court's approval, to the following:

1. The City of Pacifica and San Mateo County Transportation Authority are not indispensable parties and are not necessary for the resolution of this matter;

2. The City of Pacifica and San Mateo County Transportation Authority shall be dismissed as defendants in this matter.

Dated August 6, 2015

| | |
|---|---|
| s/Christopher Sproul_____<br>Christopher A. Sproul (Bar No. 126398)<br>Jodene Isaacs (Bar No. 226895)<br>ENVIRONMENTAL ADVOCATES<br>5135 Anza Street<br>San Francisco, California 94121<br>Tel: (415) 533-3376, (510) 847-3467<br>Fax: (415) 358-5695<br>csproul@enviroadvocates.com<br>jisaacs@enviroadvocates.com<br><br>Brian Gaffney (Bar No. 168778)<br>LAW OFFICES OF BRIAN GAFFNEY APC<br>446 Old County Road, Suite 100-310<br>Pacifica, CA 94044<br>Tel: (650) 219-3187<br>Fax: (650) 733-7793<br>brian@gaffneylegal.com<br><br>Patricia Weisselberg (Bar No. 253015)<br>LAW OFFICE OF PATRICIA WEISSELBERG<br>115 Oakdale Avenue<br>Mill Valley, CA 94941<br>Tel: (415) 388-2303<br>pweisselberg@wans.net<br><br>Attorneys for Plaintiffs<br>PACIFICANS FOR A SCENIC COAST,<br>PACIFICANS FOR HIGHWAY 1<br>ALTERNATIVES, and CENTER FOR<br>BIOLOGICAL DIVERSITY | /s/ Stacy Lau_____<br>JEANNE SCHERER<br>DAVID GOSSAGE<br>LUCILLE Y. BACA<br>DEREK S. VAN HOFTEN<br>STACY LAU<br><br>Attorneys for Defendants<br>CALIFORNIA DEPARTMENT OF<br>TRANSPORTATION and Malcolm Dougherty<br><br>/s/ Kevin D. Siegel_____<br>Kevin D. Siegel (State Bar No. 194787)<br>BURKE, WILLIAMS & SORENSEN, LLP<br><br>Counsel for Defendant City of Pacifica<br><br>/s/ Christopher D. Jensen_____<br>Kimon Manolius (SBN 154971)<br>Christopher D. Jensen (SBN 235108)<br>Adam W. Hoffman (SBN 238476)<br>HANSON BRIDGETT LLP<br>425 Market Street, 26th Floor<br>San Francisco, California 94105<br>Telephone:    (415) 777-3200<br>Facsimile:    (415) 541-9366<br>cjensen@hansonbridgett.com<br><br>Counsel for San Mateo County Transportation Authority<br><br>JOHN C. CRUDEN<br>Assistant Attorney General<br>Environment & Natural Resources Division<br>SETH M. BARSKY, Chief<br>S. JAY GOVINDAN, Assistant Chief<br><br> /s/ Alison C. Finnegan_____<br>ALISON C. FINNEGAN, Trial Attorney |

U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, DC 20044-7611
Tel: (202) 305-0500; Fax: (202) 305-0275
Email:  alison.c.finnegan@usdoj.gov


 /s/ Leslie M. Hill
LESLIE M. HILL
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
Ben Franklin Station, P.O. Box 7611
Washington, DC 20044-7611
Tel: (202) 514-0375; Fax: (202) 514-8865
Email: leslie.hill@usdoj.gov

/s/ Sean C. Duffy
SEAN C. DUFFY
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, DC 20044-7611
Tel: (202) 305-0445; Fax: (202) 305-0506
Email:  sean.c.duffy@usdoj.gov

*Attorneys for the Federal Defendants*

## [~~PROPOSED~~] ORDER

Pursuant to stipulation, IT IS HEREBY ORDERED that:

1. The City of Pacifica and San Mateo County Transportation Authority are not indispensable parties and are not necessary for the resolution of this matter;

2. The City of Pacifica and San Mateo County Transportation Authority are dismissed as defendants in this matter.

Dated: August 10, 2015

_____
Hon. Vince Chhabria
United States District Judge