UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFICANS FOR A SCENIC COAST, et al., <br><br> Plaintiff, <br><br> v. <br><br> CALIFORNIA DEPARTMENT OF TRANSPORTATION, et al., <br><br> Defendant. | 15-cv-02090-VC <br><br> **JUDGMENT** |

The Court, having resolved the parties' cross-motions for summary judgment, now enters judgment as follows:

- Judgment is entered for the plaintiffs on their first, third, and fifth claims.
- Judgment is entered for Caltrans and Dougherty on the plaintiffs' fourth, sixth, and seventh claims.
- The plaintiffs' second claim is dismissed for lack of subject matter jurisdiction.

The Clerk of Court is directed to close the case.

**IT IS SO ORDERED.**

Dated:  September 2, 2016

_____
VINCE CHHABRIA
United States District Judge