Christopher Sproul (Bar No. 126398)
ENVIRONMENTAL ADVOCATES
5135 Anza Street
San Francisco, California 94121
Telephone: (415) 533-3376, (510) 847-3467
Facsimile: (415) 358-5695
Email: csproul@enviroadvocates.com
Email: jisaacs@enviroadvocates.com

Brian Gaffney (Bar No. 168778)
LAW OFFICES OF BRIAN GAFFNEY APC
446 Old County Road, Suite 100-310
Pacifica, CA 94044
Tel. (650) 219-3187
Email: brian@gaffneylegal.com

Patricia Weisselberg (Bar No. 253015)
LAW OFFICE OF PATRICIA WEISSELBERG
115 Oakdale Avenue
Mill Valley, CA 94941
Tel. (415) 388-2303
Email: pweisselberg@wans.net

Attorneys for Plaintiffs
PACIFICANS FOR A SCENIC COAST;
PACIFICANS FOR HIGHWAY 1 ALTERNATIVES;
CENTER FOR BIOLOGICAL DIVERSITY

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PACIFICANS FOR A SCENIC COAST, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CALIFORNIA DEPARTMENT OF TRANSPORTATION, *et al.*, <br><br> Defendants. | Case No. 3:15-cv-02090-VC <br><br> **DECLARATION OF DAWN EDBERG IN SUPPORT OF PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES AND COSTS** <br><br> Hearing date: September 21, 2017 <br> Time: 10:00 a.m. <br> Location: Courtroom 4, 17th Floor |

I, Dawn Edberg, hereby declare and state under penalty of perjury that the following facts are

true and correct:

1. The facts set forth in this declaration are based on my personal knowledge and if called as a witness, I could and would competently testify thereto under oath. As to those matters that reflect an opinion, they reflect my personal opinion and judgment upon the matter. I submit this declaration in support of Plaintiffs' Motion for Attorneys' Fees and Costs, which seeks an award of attorneys' fees under the Endangered Species Act (ESA).

2. I hold a B.A. in Liberal Arts from San Diego State University. I have worked as a paralegal since 1984. I have held positions as a Senior IP Litigation Paralegal for law firms and technology clients in the Silicon Valley peninsula of Northern California, as a trial paralegal in cases before the United States District Court for the Northern District of California, and as a paralegal assisting on environmental cases. I also served as a case manager in placement of expert witnesses as well as case management services to the legal profession in areas of high-technology. Attached hereto as Exhibit 1 is a true and correct copy of my current resume, which accurately sets forth my professional and educational background.

3. My 2017 paralegal rate is $275 per hour. In setting my hourly rate, I have consulted with Christopher Sproul and Brian Gaffney and reviewed the Declaration of Michael Lozeau ("Lozeau Declaration") and Declaration of Christopher Sproul ("Sproul Declaration") submitted in support of Plaintiffs' Motion for Attorneys' Fees and Costs. As reflected in the Lozeau Declaration and Sproul Declaration, my rate is well within the prevailing market rates for a paralegal with experience comparable to mine.

4. Attached as Exhibit 2 is a true and correct copy of time records that I personally and contemporaneously have kept for the hours I have worked on this case. As reflected in Exhibit 2, my work on this matter involved fact and legal cite checking, editing and formatting of legal briefs for filing with the Court, review of responsive Coastal Commission PRA (Public Record Act) documents and conversion to PDF, comparison of documents received from the California Coastal Commission and the City of Pacifica pursuant to the Public Record Act to the Administrative Records prepared by each Defendant, and preparation of declaration exhibits, including but not limited to exhibits for Plaintiffs' motion for attorneys fees and costs. In Exhibit 2, I have divided the time spent on this matter by the

specific legal claim and task to the extent reasonably possible. The attached time records reflect hours which I cut in exercising billing judgment, and for which Plaintiffs are not seeking compensation. I have reviewed my time records and exercised billing judgment by writing-off time that I considered inefficiently spent or in furtherance of billing judgment.

Executed in Pacifica, California on May 23, 2017.

*/s/ Dawn Edberg*
Dawn Edberg

**EDBERG DECLARATION**

# EXHIBIT 1

# D<small>AWN</small> E. E<small>DBERG</small>
edbergd@mac.com

**EDUCATI0N:** SAN DIEGO STATE UNIVERSITY
B.A. 1982, Dean's List, High Honors program (Emphasis: Teaching Credential Program, Special Education)

**EXPERIENCE:**

**6/09-present** *CONTRACT ADMINISTRATIVE AND LEGAL SERVICES*

**3/06-6/09** *NATIONAL EXPERT WITNESS NETWORK, Redwood Shores, CA*

<u>Case Manager</u>
Responsible for NEWN's case management of complex litigation support projects for nationwide expert witness service for the legal profession, specializing in high technology expertise. Consultants are academics and industry practitioners who have realized high academic achievement. Responsibilities include providing a comprehensive range of support services with an emphasis in the analysis of technology issues that are relevant to intellectual property matters with particular focus on patent infringement.
- Recruitment and placement of technology Expert Witnesses.
- Research and implementation of Web Video Conferencing for client and expert interface.
- Oversee local office management to include hiring and training of administrative personnel.
- Collections, Case Management, Client Relations, Contract drafting and negotiation under supervision of managing attorney.

**10/05-2/06** *INTEL CORPORATION, Santa Clara, CA*

<u>Senior Litigation Paralegal</u>
Assist in-house lawyers with IP patent litigations. Responsible for document collection, document management, and 3rd party subpoena compliance.

**2003-2005:** Travel sabbatical: Spain, Germany, Europe, kayaking at the Channel Islands

**1996-8/03:** *HOWREY SIMON ARNOLD & WHITE, Menlo Park, CA*
<u>(2005 temp assignment as litigation secretary)</u>

<u>Senior Litigation Paralegal</u>
Responsible for complex case management of antitrust, patent, copyright, and trade secret litigation. Duties included document production, client interviews, client database, document and privilege reviews, legal research, drafting pleadings, supervision of case assistants, trial and hearing court appearances, trial and discovery preparation, witness preparation, case binder systems.

Achievements:
- Design of and seminar on litigation calendaring program based on Fed. R. Civ. P. and Local Rules for Northern District of California specific to patent infringement actions.
- Assisted with seminar on document production, privilege review, changing legal environment of electronic discovery, document retention policies and records management.
- Lead paralegal for two copyright and trade secret infringement trials, which resulted in successful verdicts (one trial for OSCAR-winning clients).
- Designed client specific database for cross-licensing patent portfolio
- Recipient of Howrey Star Awards for recognition of professional excellence.

| | |
|---|---|
| **6/95-6/96:** | ***PETE'S BREWING COMPANY, Palo Alto, CA*** (Inc. 500 Microbeer Company) |

Sr. Sales Administrator

*Sales Administration Lead*:  Developed program for sales administration. Created and implemented Pete's Sales Administration Team to lead seven regional offices nationwide.  Set up regional offices and computer systems.  Designed and implemented training program for administrators on all sales departmental functions and computer software.  Prepared job descriptions, hiring profiles, company-wide filing system, sales administration tools and procedures.

*Manage England Distributor Account*:  Handled distributor account for England account. Handled all beer orders procedures, shipping and export requirements, forecasting, and client relations.

*Sales Planning Support*:  Back up support to Sales Planning Manager handling administrative needs of corporate sales planning department.  Duties included preparation of state-by-state license agreements with distributors.

**6/94-6/95:**   ***BROBECK, PHLEGER & HARRISON, San Francisco, CA***

Legal Secretary
Reported to Real Estate Partner handling secretarial responsibilities for real estate practice.  Secondary assignments to litigation associates in general civil litigation.

**1990-1994:**   ***WILD ZARAGOZA & CAREY, San Francisco, CA****:* Insurance coverage disputes, investigations and litigations; professional liability, business, commercial, and personal injury litigation.

Litigation secretary
Worked directly for firm partner, Dennis Zaragoza, and assisted one to four additional attorneys based on firm needs.  Responsibilities included both secretarial and paralegal functions: file management, pleading preparation on personal injury actions, proofreading and editing, client contact, trial exhibit and discovery preparation.

**1986-11/89:**   ***RONALD P. SCHNEIDER, A LAW CORPORATION, Los Angeles, CA****:* Plaintiff personal injury, real estate, corporate, estate law, medical and legal malpractice; Arbiter for Superior and Municipal Court cases.

Legal Assistant
Responsibilities included drafting all discovery requests -- Requests for Production, Interrogatories, Requests for Admissions -- and responses thereto; preparation of personal injury complaints; drafting settlement demand letters and written negotiations with clients and insurance companies; settling property damage claims on personal injury actions; initial client interviews; investigative work such as obtaining recorded statements from witnesses.

**1984-9/86:**   ***BARROWS & SISUN, P.C., Denver, Colorado****:* Insurance defense with emphasis in construction and asbestos litigation; smaller percentage of practice involved large settlement plaintiff personal injury litigations.

**REFERENCES**   Available upon request

**DAWN E. EDBERG**
edbergd@mac.com

                Paralegal
Responsibilities included: attending case meetings, drafting discovery and correspondence, summarizing depositions, legal research, trial preparation, court hearing and trial attendance, locating witnesses and obtaining witness statements, collecting medical, employment and worker's compensation records, preparation of client billing.

**2/84-7/84:**  *PAGE PRODUCTIONS, Denver, Colorado*: Music production/booking agency

                Office Administrator
Developed filing system for office; light bookkeeping; collections and payroll distributions; handled negotiations between agencies, clubs and musicians; operated video and sound equipment for musician demo taping sessions.

**1982-2/84:**  *RICHARD WEINGARDT CONSULTANTS, INC., Denver, Colorado*: Engineering Consultants

                Receptionist/Secretary
General secretarial duties: answering phones, greeting clients, appointment scheduling, mail distribution, project research, production secretarial overflow, right-hand to office manager and company president.

**1978-1982:**  *SAN DIEGO CITY SCHOOL DISTRICT*: Teacher's Assistant, instructional aide, group teacher, and tutor of geography and history for sixth grade students.

**1975-1976:**  *PRIVATE TUTOR 4TH GRADE*: Tutor in phonetics, spelling, and reading.

**REFERENCES**   Available upon request

                                                          **DAWN E. EDBERG**
                                                          **edbergd@mac.com**

**EDBERG DECLARATION**

# EXHIBIT 2

PSC v. Caltrans

Case # 15-CV-02090-VC

Exh. 2 to Edberg Decl.

| A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Attorney | Date | Description | Hours | Billing Discretion - claims dismissed & time cut | CZMA (Claim 6) | Adjusted time (after billing discretion & CZMA cut) | General Litigation Caltrans Only | Caltrans ESA (Claims 1 & 3) only | ESA & APA (Claims 1,3 & 5) Time indivisible (50/50 split) | General litigation 50/50 split | NEPA (Claim 4) | DOTA (Claim 7) | Fees CT only | Fees CT & FWS 50/50 split | Fees FWS only | General Litigation FWS only |
| Edberg Paralegal @$275/hr | | | | | | | | | | | | | | | | |
| Edberg | 3/5/15 | Paralegal - ESA & CWA notice Preparation and assembly | 3.00 | 1.50 | | 1.50 | | | 1.5 | | | | | | | |
| Edberg | 9/10/15 | Paralegal - Opp to CT Motion to Dismiss - legal formatting, case citation check | 3.25 | | | 3.25 | 3.25 | | | | | | | | | |
| Edberg | 10/19/15 | Pacer Docket download for attorney review (0.2); index case file (1.05) | 1.25 | | | 1.25 | | | | 1.25 | | | | | | |
| Edberg | 11/23/15 | Review file and prepare index of case | 0.75 | | | 0.75 | | | | 0.75 | | | | | | |
| Edberg | 12/22/15 | Update case index and case filing | 0.50 | 0.50 | | 0.00 | | | | | | | | | | |
| Edberg | 1/21/16 | compare state case index to federal case; prepare results for attorney review | 0.25 | 0.25 | | 0.00 | | | | | | | | | | |
| Edberg | 2/19/16 | Prepare index of City of Pacifica PRA documents. | 5.00 | | | 5.00 | | | | 5.00 | | | | | | |
| Edberg | 2/23/16 | Document Review at Coastal Comm with Gaffney | 5.00 | | | 5.00 | | | | 5.00 | | | | | | |
| Edberg | 2/25/16 | Prepare digital versions of document production and upload for lawyer review; update index accordingly | 3.25 | | | 3.25 | | | | 3.25 | | | | | | |
| Edberg | 2/26/16 | Prepare Google Drive account and upload document production; review and rename for lawyer review; comparison of recent production documents re location in AR per lawyer review | 1.75 | | | 1.75 | | | | 1.75 | | | | | | |
| Edberg | 3/10/16 | Case filing | 0.75 | | | 0.75 | | | | 0.75 | | | | | | |
| Edberg | 3/16/16 | Format legal pleading for Opening MSJ Brief | 0.25 | | | 0.25 | | | | 0.25 | | | | | | |
| Edberg | 5/4/16 | Opening SJ formatting, case citation, review for typos and inconsistencies | 2.25 | | | 2.25 | | | | 2.25 | | | | | | |
| Edberg | 6/14/16 | Prepare cited Opening SJ AR pages and formatting/set-up of Reply Brief | 5.25 | | | 5.25 | | | | 5.25 | | | | | | |
| Edberg | 6/15/16 | Prepare docket cites, FWS and CT references; meeting with Brian Gaffney; telephone call with printing/scanning service | 1.25 | | | 1.25 | | | | 1.25 | | | | | | |

PSC v. Caltrans  Case # 15-CV-02090-VC  Exh. 2 to Edberg Decl.

| A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Attorney | Date | Description | Hours | Billing Discretion - claims dismissed & time cut | CZMA (Claim 6) | Adjusted time (after billing discretion & CZMA cut) | General Litigation Caltrans Only | Caltrans ESA (Claims 1 & 3) only | ESA & APA (Claims 1,3 & 5) Time indivisible (50/50 split) | General litigation 50/50 split | NEPA (Claim 4) | DOTA (Claim 7) | Fees CT only | Fees CT & FWS 50/50 split | Fees FWS only | General Litigation FWS only |
| Edberg | 6/16/16 | Telephone call with printing service; prepare CT/FWS references | 0.25 | | | 0.25 | | | | 0.25 | | | | | | |
| Edberg | 6/18/16 | Formatting of Reply Brief | 0.50 | | | 0.50 | | | | 0.50 | | | | | | |
| Edberg | 6/19/16 | Prepare cited AR/CT/FWS references; respond to emails from Chris Sproul; review Dropbox documents to share with attorneys | 0.75 | | | 0.75 | | | | 0.75 | | | | | | |
| Edberg | 6/20/16 | Prepare CZMA (0.25), DOTA (0.25) exhibit excerpt files; prepare CT cited references (0.25) | 0.75 | | 0.25 | 0.50 | 0.25 | | | | | 0.25 | | | | |
| Edberg | 6/21/16 | Format Reply Brief | 0.25 | | | 0.25 | | | | 0.25 | | | | | | |
| Edberg | 6/22/16 | Cite check Reply Briefs (0.25); prepare CZMA excerpts update (0.25); prepare AR references (1.25); prepare NEPA exhibits (3.0); meeting at printing/scanning service for courtesy copies (1.25) | 6.00 | | 0.25 | 5.75 | | | | 2.75 | 3.00 | | | | | |
| Edberg | 6/23/16 | Prepare NEPA exhibits (1.0); formatting and prepare TOC and TOA for Reply to CT SJ brief (3.25); formatting and prepare TOC and TOA for Reply to FWS SJ brief (2.75); pull excerpts for introduction, review for issues and highlight, scan to add to exhibits for court (1.5) | 8.50 | | | 8.50 | 3.25 | | | 1.50 | 1.00 | | | | | 2.75 |
| Edberg | 7/1/16 | Update case file | 0.25 | | | 0.25 | | | | 0.25 | | | | | | |
| Edberg | 8/16/16 | Organize NEPA cites in preparation of hearing | 5.00 | | | 5.00 | | | | | 5.00 | | | | | |
| Edberg | 8/17/16 | Meeting with lawyer and final hearing preparation. 1.1 NEPA; 0.4 general | 1.50 | | | 1.50 | | | 0.40 | | 1.10 | | | | | |
| Edberg | 9/12/16 | Fees: Prepare legal billing time spreadsheet for lawyer review; prepare Gaffney time and costs | 5.25 | | | 5.25 | | | | | | | | 5.25 | | |
| Edberg | 9/13/16 | Fees: Updates and redrafts of legal billing time spreadsheet for lawyer review | 2.25 | | | 2.25 | | | | | | | | 2.25 | | |

PSC v. Caltrans — Case # 15-CV-02090-VC — Exh. 2 to Edberg Decl.

| A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Attorney | Date | Description | Hours | Billing Discretion - claims dismissed & time cut | CZMA (Claim 6) | Adjusted time (after billing discretion & CZMA cut) | General Litigation Caltrans Only | Caltrans ESA (Claims 1 & 3) only | ESA & APA (Claims 1,3 & 5) Time indivisible (50/50 split) | General litigation 50/50 split | NEPA (Claim 4) | DOTA (Claim 7) | Fees CT only | Fees CT & FWS 50/50 split | Fees FWS only | General Litigation FWS only |
| Edberg | 9/15/16 | Fees: Updates and redrafts of legal billing time spreadsheet for lawyer review | 2.50 | | | 2.50 | | | | | | | | 2.50 | | |
| Edberg | 9/20/16 | Fees: Prepare edits to cost spreadsheet | 0.25 | | | 0.25 | | | | | | | | 0.25 | | |
| Edberg | 9/21/16 | Fees: Telephone call with Gaffney re edits to billing time; edit costs spreadsheet and prepare email to Env. Advocates and Gaffney for review | 1.25 | | | 1.25 | | | | | | | | 1.25 | | |
| Edberg | 9/29/16 | Fees: Update legal billing spreadsheet for attorney review | 2.00 | | | 2.00 | | | | | | | | 2.00 | | |
| Edberg | 10/4/16 | Fees: Update Gaffney costs; prepare email to Gaffney re same | 0.50 | | | 0.50 | | | | | | | | 0.50 | | |
| Edberg | 10/5/16 | Fees: Review Weisselberg final spreadsheet and respond to Gaffney with updates | 0.10 | | | 0.10 | | | | | | | | 0.10 | | |
| Edberg | 10/5/16 | Fees: Prepare edits to Edberg and Gaffney time; update spreadsheet | 1.25 | | | 1.25 | | | | | | | | 1.25 | | |
| Edberg | 10/5/16 | Fees: Update costs with Weisselberg additional costs | 0.50 | | | 0.50 | | | | | | | | 0.50 | | |
| Edberg | 10/5/16 | Fees: Revise Edberg costs | 0.25 | 0.25 | | 0.00 | | | | | | | | 0.25 | | |
| Edberg | 10/5/16 | Fees: Review and edit Edberg time; prepare forumlas for adjusted time entries; update combined time spreadsheet with Sproul further instructions; prepare email and notes to Gaffney, Sproul, Weisselberg with updated combined time | 2.50 | | | 2.50 | | | | | | | | 2.50 | | |
| Edberg | 10/7/16 | Emails with team re updated costs and time spreadsheet | 0.25 | | | 0.25 | | | | | | | | 0.25 | | |
| Edberg | 11/16/16 | Edit and prepare Caltrans, FWS, ESA formulas for Fee Exhibit | 0.75 | | | 0.75 | | | | | | | | 0.75 | | |
| Edberg | 11/29/16 | Format Sproul Declaration re Fee Motion | 1.25 | | | 1.25 | | | | | | | | 1.25 | | |
| Edberg | 12/5/16 | Edit/format Attorney Fee Exhibit; prepare individual Exhibits for declarations | 1.75 | | | 1.75 | | | | | | | | 1.75 | | |

PSC v. Caltrans | Case # 15-CV-02090-VC | Exh. 2 to Edberg Decl.

| A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Attorney | Date | Description | Hours | Billing Discretion - claims dismissed & time cut) | CZMA (Claim 6) | Adjusted time (after billing discretion & CZMA cut) | General Litigation Caltrans Only | Caltrans ESA (Claims 1 & 3) only | ESA & APA (Claims 1,3 & 5) Time indivisible (50/50 split) | General litigation 50/50 split | NEPA (Claim 4) | DOTA (Claim 7) | Fees CT only | Fees CT & FWS 50/50 split | Fees FWS only | General Litigation FWS only |
| Edberg | 12/6/16 | Edit Lozeau Declaration to Fee Motion; prepare Edberg Declaration; revise Perry time entries. | 1.25 | | | 1.25 | | | | | | | | 1.25 | | |
| Edberg | 12/7/16 | Revise Lozeau Declaration; email Brian Gaffney re same | 0.50 | | | 0.50 | | | | | | | | 0.50 | | |
| Edberg | 12/8/16 | Revise Edberg Declaration; email Brian Gaffney re same | 0.25 | | | 0.25 | | | | | | | | 0.25 | | |
| Edberg | 12/13/16 | Prepare edits to Edberg Declaration; edit MPA re Attorneys' Fees | 1.50 | | | 1.50 | | | | | | | | 1.50 | | |
| Edberg | 12/16/16 | Prepare Hours spent conferring, Fee Time calculations, and time conferring on merits information for attorney review; update Edberg time; prepare email to Gaffney re same | 2.75 | | | 2.75 | | | | | | | | 2.75 | | |
| Edberg | 1/5/17 | Fees: Update new master Attorney Time spreadsheet with new time, column headings, adjusted paralegal rates | 1.00 | | | 1.00 | | | | | | | | 1.00 | | |
| Edberg | 1/5/17 | Fees: Revise Gaffney Declaration for Attorney Fees; prepare TOA and TOC for MPA | 1.75 | | | 1.75 | | | | | | | | 1.75 | | |
| Edberg | 1/10/17 | Fees: Update Attorney Fee exhibit; telephone call with Gaffney re paralegal time for BG; update Weisselberg time and prepare emails re same | 1.50 | | | 1.50 | | | | | | | | 1.50 | | |
| Edberg | 1/11/17 | Fees: Telephone call with Gaffney re revisions to Fee Exhibit; Revise Fee Exhibit with Gaffney and Weisselberg edits (2.00); Prepare Time Spent Conferring Comparison for attorney review; prepare email to Gaffney re same (1.75) | 3.75 | | | 3.75 | | | | | | | | 3.75 | | |
| Edberg | 3/1/17 | Prepare edits to TOA and TOC for Fee Motion; prepare email to Gaffney re same. | 1.30 | | | 1.30 | | | | | | | 1.30 | | | |
| Edberg | 4/21/17 | Prepare edits to Fee Motion; prepare email to Gaffney re same. | 0.25 | | | 0.25 | | | | | | | 0.25 | | | |

**PSC v. Caltrans**  
**Case # 15-CV-02090-VC**  
**Exh. 2 to Edberg Decl.**

| A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Attorney | Date | Description | Hours | Billing Discretion - claims dismissed & time cut | CZMA (Claim 6) | Adjusted time (after billing discretion & CZMA cut) | General Litigation Caltrans Only | Caltrans ESA (Claims 1 & 3) only | ESA & APA (Claims 1,3 & 5) Time indivisible (50/50 split) | General litigation 50/50 split | NEPA (Claim 4) | DOTA (Claim 7) | Fees CT only | Fees CT & FWS 50/50 split | Fees FWS only | General Litigation FWS only |
| Edberg | 4/25/17 | Prepare draft of Gaffney Time for Fee Motion; combine Gaffney, Sproul, Weisselberg time | 1.00 | | | 1.00 | | | | | | | 1.00 | | | |
| Edberg | 5/5/17 | Format Cooper Declaration | 0.25 | | | 0.25 | | | | | | | 0.25 | | | |
| Edberg | 5/10/17 | Format, edit Fees Exhibit for Fee Motion | 1.00 | | | 1.00 | | | | | | | 1.00 | | | |
| Edberg | 5/11/17 | Prepare edits to Fees Exhibit | 1.50 | | | 1.50 | | | | | | | 1.50 | | | |
| Edberg | 5/17/17 | Prepare edits to Fees Exhibit | 0.25 | | | 0.25 | | | | | | | 0.25 | | | |
| EDBERG Paralegal | | Subtotal time Caltrans & FWS | 99.90 | 2.50 | 0.50 | 96.90 | 6.75 | 0.00 | 1.90 | 33.00 | 10.10 | 0.25 | 5.55 | 36.85 | 0.00 | 2.75 |
| EDBERG Paralegal | | Time Sought Against Caltrans | 58.53 | | | | 6.75 | 0.00 | 0.95 | 16.50 | 10.10 | 0.25 | 5.55 | 18.43 | | |
| Caltrans | | $16,094.38 | | | | | | | | | | | | | | |