Case Name:   *Pacificans for a Scenic Coast, et al. v. California Department of Transportation, et al.*
Case No.:    United Stated District Court Case No. 3:15-cv-02090-VC

# EXHIBIT D

___

**Defendants California Department of Transportation and Malcolm Dougherty's Opposition to Motion for Attorneys Fees – CV-02090-VC**

**Lau Declaration, Exhibit D - Case No. 3:15-cv-02090**

| Attorney | Caltrans ESA (50% red.) | ESA 50/50 (50% red.) | Caltrans Lit. (50% red.) | Gen. Lit. 50/50 (50% red.) | CT Fees (80% red.) | Fees 50/50 (80% red.) | Total hours | Rate | Pre-total | Total (25% red.) |
|---|---|---|---|---|---|---|---|---|---|---|
| Costa | | | 1 | | | | 1 | 550 | 550 | 412.5 |
| Edberg | | 0.48 | 3.38 | 8.25 | 1.11 | 3.69 | 16.91 | 275 | 4650.25 | 3487.688 |
| Gaffney paralegal | | | 1.6 | 0.79 | | | 2.39 | 275 | 657.25 | 492.9375 |
| Gaffney | 1.3 | 8.29 | 31.5 | 53 | 9.48 | 7.86 | 111.43 | 660 | 73543.8 | 55157.85 |
| Langille | | 3.34 | | | | | 3.34 | 545 | 1820.3 | 1365.225 |
| Sproul | 7.6 | 3.7 | 13.48 | 18.33 | 3.82 | 8.11 | 55.04 | 680 | 37427.2 | 28070.4 |
| Weisselberg paralegal | 0.4 | 0.67 | 1.27 | 2.17 | | | 4.51 | 232 | 1046.32 | 784.74 |
| Weisselberg | 62.6 | 43.8 | 2.61 | 42.54 | 1.2 | 5.24 | 157.99 | 575 | 90844.25 | 68133.19 |
| Whipps | | | 5.13 | 2.33 | | | 7.46 | 250 | 1865 | 1398.75 |
| | | | | | | | | | | |
| Total Hours / Category | 71.9 | 60.28 | 59.97 | 127.41 | 15.61 | 24.9 | 360.07 | | | |
| | | | | | | | | | 206546.9 | **159303.3** |